Eric D. Ridley [SBN 273702]
**Law Offices of Eric Ridley**
567 W. Channel Islands Blvd. #210
Port Hueneme, CA 93041
(805) 244-5291 voice
(888) 953-3884 facsimile
ridley.eric@gmail.com

Attorney for Plaintiff,
Craig Schmitman

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG SCHMITMAN, a natural person;<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT HAGER, a natural person; d/b/a ALLIANCE COMMERCIAL BROKERAGE, d/b/a HAGER REAL ESTATE; and DOES 1-10, and each of them, inclusive,<br><br>DEFENDANTS. | Case No.: CV 17-5695-GW(JCx)<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION** |

| | |
|---|---|
| 1 | Upon review of the Stipulation for Dismissal of Entire Action signed by all parties and filed concurrently herewith and for GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT Plaintiff's entire complaint against Defendant ROBERT HAGER, a natural person; d/b/a ALLIANCE COMMERCIAL BROKERAGE, d/b/a HAGER REAL ESTATE; and DOES 1-10, is hereby dismissed with prejudice; and all parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.


DATED: January 24, 2018 _____
GEORGE H. WU, U.S. DISTRICT JUDGE |